# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Lloyd Anthonie Williams ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00115-MR |
| | ) | 4:98-cr-00144-MR-1 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2016 Order.

April 28, 2016

_____
Frank G. Johns, Clerk
United States District Court